UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1-05-0137(3 & 5) |
| | : | |
| | : | JUDGE BARRETT |
| v. | : | |
| | : | |
| | : | |
| GINO FREEMAN | : | GOVERNMENT'S MOTION TO STAY |
| RANDY MARTIN | : | **DEFENDANTS' PRESENTENCE REPORTS** |

- - - - - - - - - - - - - - -

On April 30 and May 7, 2007, the defendants entered guilty pleas to Count 1 of the Third Superseding Indictment with the Court. At this time, the United States respectfully requests that this Court stay the defendants' Presentence Investigation Reports ("PSR") until the matters involving the last co-defendant, Jeffrey Pitts, are fully addressed. We believe that such an action will further the interests of justice.

Respectfully submitted,

DATE  5/23/07

s/Kenneth L. Parker
KENNETH L. PARKER (0068805)
Assistant United States Attorney
221 East Fourth Street, Ste. 400
Cincinnati, Ohio 45202
(513) 684-3711

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Government's Motion To Stay The Defendants' Presentence Reports was served this 23rd day of May 2007, electronically on Kevin T. Bobo, William P. Whalen, and Bryan R. Perkins, Attorneys for Defendants Gino Freeman and Randy Martin.

                                        s/Kenneth L. Parker
                                        KENNETH L. PARKER (0068805)
                                        Assistant United States Attorney