UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                                      Case No. 1:05cr137

Gino Freeman -3,                     Judge Michael R. Barrett
Randy Martin - 5,

    Defendants.

## ORDER

Before the Court is Plaintiff's Motion to Stay Defendants' Pre-sentence Investigation Reports (Doc. 220). Plaintiff's Counsel requests the Court to stay Defendants' Pre-sentence Investigation Reports until the matters of their Co-Defendant Jeffrey Pitts has been resolved. The Court **GRANTS** Plaintiff's request and stays the Pre-sentence Investigation Reports for the above named defendants.

    **IT IS SO ORDERED.**

                                        *S/Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court